FILED
AUG 2 6 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID KISSI, | : | |
| Plaintiff, | : | Civil Action No. **09 1618** |
| v. | : | |
| CHRISTOPHER MEAD *et al.*, | : | |
| Defendants. | : | |

## MEMORANDUM OPINION

### Granting the Plaintiff's Application to Proceed *In Forma Pauperis*; Dismissing the Complaint

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, is frivolous or fails to state a claim upon which relief can be granted).

Plaintiff, an inmate at the Federal Correctional Institution Elkton in Lisbon, Ohio, sues thirty-one defendants – mostly attorneys or law firms but also Google, Inc. – under the Racketeer Influenced and Corrupt Organizations ("RICO") Act, 18 U.S.C. §§ 1961 *et seq*. He alleges that the defendants "were or are part of a broad conspiracy that chose to take the Plaintiff's assets without compensation" and that they "sought to deprive, at one time or other, whether knowingly or unknowingly, the Plaintiff of his civil rights and his right to life, liberty and happiness because of his African origin[.]" Compl. at 4. Plaintiff seeks $1 billion in monetary damages.

The plaintiff has not stated any facts to support his claim. *See* 18 U.S.C. § 1961(1) (defining racketeering activity). Moreover, the complaint is so lacking "an arguable basis in law

and fact" as to be frivolous. *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). An Order consistent with this Memorandum Opinion is separately and contemporaneously issued this 20th day of August 2009.

/s/ Ricardo M. Urbina
RICARDO M. URBINA
United States District Judge